UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MANUEL JOSEPH CASTRO, <br> Defendant. | Case No.: ED20-89M <br> ORDER OF DETENTION <br> 18 U.S.C. § 3143 |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the SOUTHERN District of ILLINOIS for alleged violation(s) of the terms and conditions of pretrial release; and

Having conducted a detention hearing pursuant to 18 U.S.C. § 3143, the Court finds that:

A. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee. This finding is based on the following:

    (X) information in the Pretrial Services Report and Recommendation

    (X) information in the violation petition and report(s)

    (X) the defendant's nonobjection to detention at this time

    ( ) other:

and/ or

1

B.  () The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released. This finding is based on the following:

    () information in the Pretrial Services Report and Recommendation
    () information in the violation petition and report(s)
    () the defendant's nonobjection to detention at this time
    () other:

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: February 12, 2020

_____
KENLY KIYA KATO
United States Magistrate Judge